**IT IS ORDERED**

**Date Entered on Docket: August 19, 2019**

_____
**The Honorable David T. Thuma**
**United States Bankruptcy Judge**


_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

STEPHEN GUAJARDO,
ROBERTA GARCIA-GUAJARDO

       Debtors.

                                         Case No. 19-10540-TA13

## **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR**

       THIS MATTER having come before the Court on the Motion to Withdraw as Counsel for Debtor (doc. 50), the Movant, Davis Miles McGuire Gardner, PLLC (Ron Holmes) appearing, the Court having considered the pleadings on file and being otherwise sufficiently advised in the premises FINDS:

       1.     Movant filed a Motion to Withdraw as Counsel for Debtor ("Motion") on July 24, 2019 (doc. 57).

       2.     Movant served Notice of the deadline to Object to the Motion on all parties in interest on July 24, 2019.

       3.     The deadline to respond to the Motion expired on August 9, 2019 which

includes three days for mailing.

    4.    The Notice was appropriate in the particular circumstances.

    5.    The Debtors filed at timely response and were the only objecting parties. No other objections to the Motion have been filed.

    6.    The Court held a preliminary hearing on confirmation and a status conference in Adversary Action 19-01040-T on August 13, 2019 at 9:00 a.m.

    7.    The Debtors appeared in person to the preliminary hearings.

    8.    The Court granted the Motion.

    8.    No just reason exists to delay entry hereof.

IT IS THEREFORE ORDERED that counsel for Debtors, Davis Miles McGuire Gardner, PLLC (Ron Holmes) Motion to withdraw as counsel of record for Debtor is granted.

### END OF DOCUMENT ###

Respectfully submitted,

DAVIS MILES MCGUIRE GARDNER, PLLC

Approved and sent by e-orders
Ron Holmes
Former attorney for Debtor
320 Gold SW, Suite 1111
Albuquerque, NM 87102
(505) 268-3999
(505) 243-6448 fax

Parties entitled to notice:

Stephen Guajardo
Roberta Garcia-Guajardo
P.O. Box 602
Belen, NM  87002

Estevan Sanchez
P.O. Box 1984
Santa Fe, NM 87504-1984

Synchrony Bank c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541